11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT



Ryan Chadwick Dodson

Vs. No. 11-16-00275-CV

Jalynda Leigh Smith,

\* From the 326th District Court
of Taylor County,
Trial Court No. 28,103-C.

\* September 15, 2017

\* Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Ryan Chadwick Dodson.